RECEIVED
JUL - 1 2008
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Christine D. Floyd, et al, | ) ) ) |
| Relators, | ) ) ) |
| vs. | ) Case No. 4-08-CV-00005-CDP ) |
| ST. ANTHONY'S MEDICAL CENTER, | ) ) ) FILED UNDER SEAL |
| Defendant. | ) |

## RELATORS' MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41 and 31 U.S.C. § 3730(b)(1), the Relators hereby file their motion for voluntary dismissal of the case without prejudice. A voluntary dismissal conserves both the resources of the Court and the Government, and does not financially impact the defendant. Voluntary dismissal also means the parties will not have to engage in extensive discovery or motion practice, or litigate complex legal issues.

Wherefore, Relators respectfully move for a dismissal of the case without prejudice, all sides to bear their own costs, and respectfully requests such other and furthre relief as the Court deems just and proper.

Respectfully submitted,

_____
Al W. Johnson, #5386
R. Ryan Kirby, #501227
112 South Hanley, Suite 200
St. Louis, Missouri 63105
Telephone: (314) 726-6489
Facsimile: (314) 726-2821
ajohnson@awj-law.com
rkirby@awj-law.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served on counsel for the United States, via first class mail, on this  1st  day of July, 2008

_____
Al W. Johnson